

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Tony Eugene Craig<br>DEFENDANT(S). | CASE NUMBER<br>2:16-CR-144<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ____defendant____, IT IS ORDERED that a detention hearing is set for __Monday__, _____, at __1:30__ ☐ a.m. / ☑ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20 - Spring Street__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 3/22/16

U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT   Page 1 of 1